## CROSBY *vs.* BRANTLY.

1. When a judgment by default is rendered in the Circuit Court on an appeal from the judgment of a Justice of the Peace, and the cause of action is an open account for a less sum than twenty dollars, the record must show that proof was made to the court of the correctness of the demand; and if it does not, the judgment will be reversed.

ERROR to the Circuit Court of Conecuh.

Tried before the Hon. Robert Dougherty.

WATTS, JUDGE & JACKSON, for plaintiff in error.

No counsel for defendant.

PHELAN, J.—The action below was on an open account, for a sum less than twenty dollars, and was brought to the Circuit Court by appeal. The judgment was by default, and the record does not show that any proof was made to the court of the correctness of the demand. This was an error, as this court has expressly decided, in Kenum v. Henderson, 6 Ala. 132, and Witherington v. Brantly, 18 ib. 197.

The judgment is reversed, and the cause remanded.